LEWIS F. SEAMAN, Plaintiff, v. AUTO VAN AND WAREHOUSE CORPORATION, Defendant. AUSTIN MANDEL, Receiver of the Property of LEWIS F. SEAMAN in Supplementary Proceedings, etc., and ADOLPH WESTERLUND, Claimants-Appellants; Dr. ARTHUR S. WILSON, Claimant-Respondent; THE BANK OF THE UNITED STATES, Claimant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

NATHAN HORWITZ, Respondent, v. DAVID SHUKOVSKY, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GERTRUDE C. BUTTENWEISER, Plaintiff, v. 2168 BROADWAY CORPORATION and Others, Defendants. In the Matter of the Application of J. JACK JACOBS and Others, Appellants, Respondents, for an Order Instructing FRANK A. K. BOLAND and Others, Receivers of the Manhattan Towers Hotel, Respondents, Appellants. — Order so far as appealed from affirmed, without costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HARRY LATZ SERVICE, INC., and Another, Appellants, v. RELIANCE GRAPHIC CORPORATION and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

UNITED ASSOCIATION OF DRESS MANUFACTURERS, INC., Appellant, v. SILVER POM DRESS CORPORATION, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

FARRIS A. FLINT, Respondent, v. THE McNAUGHT SYNDICATE, INC., Appellant. — Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

RACHEL A. RUDY and Another, Respondents, v. EGDON REALTY CORPORATION, Appellant.— Order modified by granting items 1, 2 and 3 of the demand dated October 4, 1934, and as so modified affirmed, without costs. No opinion. Bill of particulars to be served within ten days after service of order. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JOSE M. ESHRIQUI, Plaintiff, v. FRANCIS R. HENDERSON and Others, Defendants. JOSE M. ESHRIQUI, Appellant, v. FRANCIS R. HENDERSON, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. JOHN MINK and THE TRAVELERS INSURANCE COMPANY, as Assignee of JOHN MINK, Appellants; THOMAS BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.